# ALEGRIA LAW FIRM, PLLC

| WHITE PLAINS OFFICE* | TAMPA OFFICE | NEW YORK CITY OFFICE |
|---|---|---|
| 445 Hamilton Ave., Suite 1102 | 3903 Northdale Blvd., Suite 100e | 60 E 42nd Street, Suite 4600 |
| White Plains, NY 10601 | Tampa, FL 33624 | New York, NY 10165 |
| Phone: (914) 761-1133 | Phone: (813) 435-3351 | Phone: (212) 758-6105 |
| Fax: (914) 761-1136 | www.alegrialaw.com | |

*mail all correspondence
^ Licensed in New York
∨ Licensed in Florida

**Anselmo A. Alegria, Esq.**^∨
Of Counsel:
**Eddy Pierre Pierre, Esq.**^∨
**Ada L. Mena, Esq.**∨

**MEMO ENDORSED**

February 11, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/12/26
```

**VIA ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Algaba v. Commissioner of Social Security*
Civil Action No. 25-cv-9984 (JMF) (BCM)

Dear Judge Moses:

This office and I represent the plaintiff in this matter concerning her claim for social security disability. I write to request an extension of time for the parties' briefs in this case. Plaintiff's briefing is due in 3 weeks, March 4, 2026. However, the administrative record in this case is nearly 4,000 pages and during the same period, I am scheduled to complete or prepare unrelated briefs, hearings and a deposition.

The Court has not issued a scheduling order in this case. Because the defendant filed the administrative record on February 2, 2026, plaintiff's brief is due by March 4, 2026, defendant's brief is due by April 3, 2026, and plaintiff's Reply is due by April 17, 2026. I have conferred with defendant's counsel who consents to the following proposed extensions:

> • Plaintiff shall file and serve a motion for the requested relief by April 3, 2026
> • Defendant shall file and serve its motion by June 2, 2026; and
> • Plaintiff shall file and serve a reply, if any, by June 16, 2026.

This is the first request that either party has made to extend any deadline in this case. I thank the Court for its consideration.

Respectfully Submitted,
*Anselmo A. Alegria*
Anselmo A. Alegria, Esq.

cc: Kristina D. Cohn, SAUSA, for defendant (via ECF)

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
February 12, 2026